# EXHIBIT
# “B”

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

**Policy Change Number** 1

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| BAK-38307-1 | 03/05/2018 | Crum & Forster Specialty Insurance Company |
| **NAMED INSURED**<br>PARAS HOSPITALITY INC.<br>**DBA:** BUDGETEL INN | | **AUTHORIZED REPRESENTATIVE**<br>Robert Bleistine |
| **COVERAGE PARTS AFFECTED** | | |

**CHANGES**

In consideration of the Additional Premium of $202.00

IT IS HEREBY AGREED AND UNDERSTOOD THAT THE FOLLOWING CHANGES HAVE BEEN MADE TO THE ABOVE REFERENCED POLICY:

SB004 06/15 ASSAULT BATTERY OR ASSAULT AND BATTERY EXCLUSION IS DELETED FROM THE POLICY.

SB005 06/15 ASSAULT AND BATTERY SUBLIMIT COVERAGE LIMITATION IS MADE A PART OF THE POLICY PER ATTACHED.

**Added GL Additional Coverage(s) through this Endorsement Quote :**

| Additional Coverage | | Annualized AP/RP |
|---|---|---|
| **Assault & Battery Sublimit** | $50,000 Each Claim<br>$100,000 Aggregate | **$246.00** |

| Difference - Not Subject to Pro-Rata Factor | Difference - Subject to Pro-Rata Factor | Prorate factor | Endorsement Premium |
|---|---|---|---|
| **$0.00** | **$246.00** | **0.822** | **$202.00** |

| Taxes & Fees | Fees/Tax Name | Taxes and Fees for this Endorsement |
|---|---|---|
| State Tax | | **$8.08** |
| Policy Fee | | **$0.00** |
| Stamping Fee | | **$0.00** |
| Other Fees/Taxes | | **$0.00** |
| Other Fees/Taxes | | **$0.00** |
| Other Fees/Taxes | | **$0.00** |
| Other Fees/Taxes | | **$0.00** |
| Total Premium plus taxes and fees | | **$210.08** |

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME


Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

**Policy Number:** BAK-38307-1
**Policy Change Number:** 1

Robert J Bluestine

Authorized Representative Signature


Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

POLICY NUMBER: BAK-38307-1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASSAULT, BATTERY OR ASSAULT AND BATTERY COVERAGE LIMITATION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A. **SECTION III – LIMITS OF INSURANCE** is amended and the following is added:

8. Subject to Paragraph **5.** above, the most we will pay under **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** for any claim and/or "suit" made against you, any insured, any person, any entity or by any means whatsoever resulting from:

**1.** "Assault", "Battery" or "Assault and Battery" caused, directly or indirectly, by you, any insured, any person, any entity, or by an means whatsoever;

**2.** the failure to suppress or prevent "Assault", "Battery" or "Assault and Battery" by you, any insured, any person, any entity, or by any means whatsoever;

**3.** the failure to provide an environment safe from "Assault", "Battery" or "Assault and Battery";

**4.** the failure to warn of the dangers of the environment which could contribute to "Assault", "Battery" or "Assault and Battery";

**5.** "Assault", "Battery" or "Assault and Battery" arising out of the negligent employment, investigation, hiring, supervision, training or retention of any person;

**6.** the use of any force to protect persons or property whether or not the "bodily injury" or "property damage" or "personal and advertising injury" was intended from the standpoint of you, any insured or any person, or committed by or at the direction of you, any insured or any person;

**7.** the failure to render or secure medical treatment or care necessitated by any "Assault", "Battery" or "Assault and Battery"; or

**8.** death, including any allegations of wrongful death, arising out of items **(1)** and **(7)** listed above ;

and to which this insurance applies is shown below for this coverage:

$ 50,000 Each Claim/$ 100,000 Aggregate

The Each Claim Limit is the most we will pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" sustained and expenses incurred in the defense and adjustment of any claim and/or "suit" asserted in any one claim and/or "suit". All claims for damages made by one or more persons because of any one act or series of acts of "Assault", "Battery" or "Assault and Battery" shall be deemed to be one claim.

The Aggregate Limit is the most, subject to the Each Claim Limit, we will pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" sustained and expenses incurred in the defense and adjustment of any claim and/or "suit" regardless of how many persons assert a claim or "suit" against you, any insured or any person.

The Each Claim and Aggregate Limits described above are the most we will pay regardless of the number of insureds. These Limits of Insurance are subject to and not in addition to the General Aggregate Limit shown in the Declarations of the policy. Payments under these Limits of Insurance are part of and erode the policy General Aggregate Limit of Insurance shown in the Declarations.

B. For the purposes of the Limits of Insurance provided under this endorsement:

**1.** Any actual or threatened "Assault", "Battery" or "Assault and Battery" that is included under this endorsement shall be considered to fall within the definition of "Assault", "Battery" or "Assault and Battery" found in any Sexual Abuse or Molestation Exclusion that may be a part of this policy; or

**2.** For any coverage for actual or threatened "Assault", "Battery" or "Assault and Battery" that may also be considered as covered under a Sexual Abuse or Molestation Limitation Endorsement made a part of this policy, such coverage will be limited to the highest limit applicable. This single highest limit will be the most we will pay for any one claim for any covered actual or threatened "Assault", "Battery or "Assault and Battery".

C. **SECTION V – DEFINITIONS** is amended and the following is added:

"Assault" means:

**a.** an intentional or unintentional act, including but not limited to sexual abuse, sexual assault, intimidation, sexual harassment, verbal abuse, or any threatened harmful or offensive contact between two or more persons creating an apprehension in another of immediate harmful or offensive contact; or

**b.** an attempt to commit a "Battery".

"Battery" means an intentional or unintentional act, including but not limited to sexual abuse, sexual battery, sexual molestation, or any actual harmful or offensive contact between two or more persons which brings about harmful or offensive contact to another or anything connected to another.

"Assault and Battery" means the combination of an "Assault" and a "Battery".

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**